| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Stephen James Noble<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER:  Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **02/27/2025**     **Stephen James Noble**     *[signature]*
                         Printed name of Debtor 1        Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                 Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                     **F 1002-1.EMP.INCOME.DEC**

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

**TARGET**

| | | | | |
|---|---|---|---|---|
| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: 0.00% |
| Employee ID: | 0075356713 | Check Date: | 01/02/2025 | 401k After TAX: 0.00% |
| Pay Period Begin: | 12/22/2024 | Curr Tot Hrs Worked: | 53.89 | Average Hours: 40 |
| Pay Period End: | 12/28/2024 | Total Hours YTD: | 2637.43 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,230.23 | 145.46 | 301.68 | 0.00 | 1,783.09 |
| YTD | 2,230.23 | 145.46 | 301.68 | 0.00 | 1,783.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Prem | 12/22/2024 - 12/28/2024 | 0.27 | 40.02 | 10.81 | 10.81 |
| CA DC Walk Time | 12/22/2024 - 12/28/2024 | 0.4 | 26.25 | 10.50 | 10.50 |
| Holiday | 12/22/2024 - 12/28/2024 | 11.5 | 26.25 | 301.88 | 301.88 |
| LIFE | 12/22/2024 - 12/28/2024 | 0 | 0 | 0.08 | 0.08 |
| Overtime | 12/22/2024 - 12/28/2024 | 10.55 | 40.02 | 422.22 | 422.22 |
| Regular | 12/22/2024 - 12/28/2024 | 23.6 | 26.25 | 619.50 | 619.50 |
| Shift Rate ($2.00) | 12/22/2024 - 12/28/2024 | 34.55 | 2 | 69.10 | 69.10 |
| WOKDblTm | 12/22/2024 - 12/28/2024 | 2.4 | 53.78 | 129.08 | 129.08 |
| WrkOutKey | 12/22/2024 - 12/28/2024 | 16.67 | 40.02 | 667.14 | 667.14 |
| Earnings | | | | 2,230.31 | 2,230.31 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 129.26 | 129.26 |
| Medicare | 30.23 | 30.23 |
| Federal Withholding | 46.78 | 46.78 |
| State Tax - CA | 70.39 | 70.39 |
| CA SDI - CASDI | 25.02 | 25.02 |
| Employee Taxes | 301.68 | 301.68 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 13.25 |
| Medical | 129.81 | 129.81 |
| Eyewear | 2.40 | 2.40 |
| Total | 145.46 | 145.46 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 2,084.85 | 2,084.85 |
| Medicare | 2,084.85 | 2,084.85 |
| Federal Withholding | 2,084.85 | 2,084.85 |
| State Tax - CA | 2,084.85 | 2,084.85 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 1.80 | 0.00 | 68.79 |
| Vacation | 0.00 | 0.00 | 0.14 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 079166485 | 1,783.09 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| | | | | |
|---|---|---|---|---|
| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: 0.00% |
| Employee ID: | 0075356713 | Check Date: | 01/09/2025 | 401k After TAX: 0.00% |
| Pay Period Begin: | 12/29/2024 | Curr Tot Hrs Worked: | 53.99 | Average Hours: 40 |
| Pay Period End: | 01/04/2025 | Total Hours YTD: | 65.49 | |

**TARGET**

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,235.97 | 145.46 | 303.26 | 0.00 | 1,787.25 |
| YTD | 4,466.20 | 290.92 | 604.94 | 0.00 | 3,570.34 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Prem | 12/29/2024 - 01/04/2025 | 0.27 | 40.02 | 10.81 | 21.62 |
| CA DC Walk Time | 12/29/2024 - 01/04/2025 | 0.4 | 26.25 | 10.50 | 21.00 |
| Holiday | 12/29/2024 - 01/04/2025 | 11.5 | 26.25 | 301.88 | 603.76 |
| LIFE | 12/29/2024 - 01/04/2025 | 0 | 0 | 0.08 | 0.16 |
| Overtime | 12/29/2024 - 01/04/2025 | 10.52 | 40.02 | 421.02 | 843.24 |
| Regular | 12/29/2024 - 01/04/2025 | 23.6 | 26.25 | 619.50 | 1,239.00 |
| Shift Rate ($2.00) | 12/29/2024 - 01/04/2025 | 34.52 | 2 | 69.04 | 138.14 |
| WOKDblTm | 12/29/2024 - 01/04/2025 | 2.53 | 53.78 | 136.08 | 265.16 |
| WrkOutKey | 12/29/2024 - 01/04/2025 | 16.67 | 40.02 | 667.14 | 1,334.28 |
| Earnings | | | | 2,236.05 | 4,466.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 129.62 | 258.88 |
| Medicare | 30.31 | 60.54 |
| Federal Withholding | 47.47 | 94.25 |
| State Tax - CA | 70.77 | 141.16 |
| CA SDI - CASDI | 25.09 | 50.11 |
| Employee Taxes | 303.26 | 604.94 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 26.50 |
| Medical | 129.81 | 259.62 |
| Eyewear | 2.40 | 4.80 |
| Total | 145.46 | 290.92 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 2,090.59 | 4,175.44 |
| Medicare | 2,090.59 | 4,175.44 |
| Federal Withholding | 2,090.59 | 4,175.44 |
| State Tax - CA | 2,090.59 | 4,175.44 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 1.80 | 0.00 | 70.59 |
| Vacation | 3.53 | 0.00 | 3.67 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 079469037 | 1,787.25 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

**TARGET**

| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: | 0.00% |
|---|---|---|---|---|---|
| Employee ID: | 0075356713 | Check Date: | 01/16/2025 | 401k After TAX: | 0.00% |
| Pay Period Begin: | 01/05/2025 | Curr Tot Hrs Worked: | 42.41 | Average Hours: | 40 |
| Pay Period End: | 01/11/2025 | Total Hours YTD: | 119.4 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,603.42 | 145.46 | 162.38 | 0.00 | 1,295.58 |
| YTD | 6,069.62 | 436.38 | 767.32 | 0.00 | 4,865.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Time | 01/05/2025 - 01/11/2025 | 0.53 | 26.25 | 13.92 | 34.92 |
| LIFE | 01/05/2025 - 01/11/2025 | 0 | 0 | 0.08 | 0.24 |
| Overtime | 01/05/2025 - 01/11/2025 | 9.48 | 39.92 | 378.45 | 1,221.69 |
| Regular | 01/05/2025 - 01/11/2025 | 32.4 | 26.25 | 850.50 | 2,089.50 |
| Shift Rate ($2.00) | 01/05/2025 - 01/11/2025 | 23.07 | 2 | 46.14 | 184.28 |
| Sick | 01/05/2025 - 01/11/2025 | 11.5 | 27.34 | 314.41 | 314.41 |
| CA DC Walk Prem | | | | | 21.62 |
| Holiday | | | | | 603.76 |
| WOKDblTm | | | | | 265.16 |
| WrkOutKey | | | | | 1,334.28 |
| Earnings | | | | 1,603.50 | 6,069.86 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 90.40 | 349.28 |
| Medicare | 21.15 | 81.69 |
| Federal Withholding | 0.00 | 94.25 |
| State Tax - CA | 33.34 | 174.50 |
| CA SDI - CASDI | 17.49 | 67.60 |
| Employee Taxes | 162.38 | 767.32 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 39.75 |
| Medical | 129.81 | 389.43 |
| Eyewear | 2.40 | 7.20 |
| Total | 145.46 | 436.38 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 1,458.04 | 5,633.48 |
| Medicare | 1,458.04 | 5,633.48 |
| Federal Withholding | 1,458.04 | 5,633.48 |
| State Tax - CA | 1,458.04 | 5,633.48 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 1.42 | 11.50 | 60.51 |
| Vacation | 2.91 | 0.00 | 6.58 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 079722096 | 1,295.58 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0075356713 | Check Date: | 01/23/2025 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 01/12/2025 | Curr Tot Hrs Worked: | 16.35 | Average Hours: | 40 | |
| Pay Period End: | 01/18/2025 | Total Hours YTD: | 157.25 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,106.01 | 145.46 | 99.24 | 0.00 | 861.31 |
| YTD | 7,175.63 | 581.84 | 866.56 | 0.00 | 5,727.23 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Time | 01/12/2025 - 01/18/2025 | 0.27 | 26.25 | 7.09 | 42.01 |
| LIFE | 01/12/2025 - 01/18/2025 | 0 | 0 | 0.08 | 0.32 |
| Overtime | 01/12/2025 - 01/18/2025 | 2.6 | 40.38 | 104.99 | 1,326.68 |
| Regular | 01/12/2025 - 01/18/2025 | 13.48 | 26.25 | 353.85 | 2,443.35 |
| Shift Rate ($2.00) | 01/12/2025 - 01/18/2025 | 16.35 | 2 | 32.70 | 216.98 |
| Sick | 01/12/2025 - 01/18/2025 | 21.5 | 28.25 | 607.38 | 921.79 |
| CA DC Walk Prem | | | | | 21.62 |
| Holiday | | | | | 603.76 |
| WOKDblTm | | | | | 265.16 |
| WrkOutKey | | | | | 1,334.28 |
| Earnings | | | | 1,106.09 | 7,175.95 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 59.55 | 408.83 |
| Medicare | 13.92 | 95.61 |
| Federal Withholding | 0.00 | 94.25 |
| State Tax - CA | 14.24 | 188.74 |
| CA SDI - CASDI | 11.53 | 79.13 |
| Employee Taxes | 99.24 | 866.56 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 53.00 |
| Medical | 129.81 | 519.24 |
| Eyewear | 2.40 | 9.60 |
| Total | 145.46 | 581.84 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 960.63 | 6,594.11 |
| Medicare | 960.63 | 6,594.11 |
| Federal Withholding | 960.63 | 6,594.11 |
| State Tax - CA | 960.63 | 6,594.11 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0.55 | 21.50 | 39.56 |
| Vacation | 2.04 | 0.00 | 8.62 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 080007686 | 861.31 | USD |

Target Corporation 7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445, HROC 1-800-394-1885

| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0075356713 | Check Date: | 01/30/2025 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 01/19/2025 | Curr Tot Hrs Worked: | 42.35 | Average Hours: | 40 | |
| Pay Period End: | 01/25/2025 | Total Hours YTD: | 217.6 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,600.89 | 145.46 | 162.04 | 0.00 | 1,293.39 |
| YTD | 8,960.14 | 727.30 | 1,044.86 | 0.00 | 7,187.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Time | 01/19/2025 - 01/25/2025 | 0.53 | 26.25 | 13.92 | 55.93 |
| LIFE | 01/19/2025 - 01/25/2025 | 0 | 0 | 0.08 | 0.40 |
| Overtime | 01/19/2025 - 01/25/2025 | 9.42 | 39.92 | 376.06 | 1,702.74 |
| Regular | 01/19/2025 - 01/25/2025 | 32.4 | 26.25 | 850.50 | 3,293.85 |
| Shift Rate ($2.00) | 01/19/2025 - 01/25/2025 | 23 | 2 | 46.00 | 262.98 |
| Sick | 01/19/2025 - 01/25/2025 | 11.5 | 27.34 | 314.41 | 1,419.82 |
| CA DC Walk Prem | | | | | 21.62 |
| Holiday | | | | | 603.76 |
| WOKDblTm | | | | | 265.16 |
| WrkOutKey | | | | | 1,334.28 |
| Earnings | | | | 1,600.97 | 8,960.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 90.24 | 510.46 |
| Medicare | 21.10 | 119.38 |
| Federal Withholding | 0.00 | 94.25 |
| State Tax - CA | 33.23 | 221.97 |
| CA SDI - CASDI | 17.47 | 98.80 |
| Employee Taxes | 162.04 | 1,044.86 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 66.25 |
| Medical | 129.81 | 649.05 |
| Eyewear | 2.40 | 12.00 |
| Total | 145.46 | 727.30 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 1,455.51 | 8,233.24 |
| Medicare | 1,455.51 | 8,233.24 |
| Federal Withholding | 1,455.51 | 8,233.24 |
| State Tax - CA | 1,455.51 | 8,233.24 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 1.42 | 11.50 | 22.98 |
| Vacation | 3.25 | 0.00 | 11.87 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 080280331 | 1,293.39 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0075356713 | Check Date: | 02/06/2025 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 01/26/2025 | Curr Tot Hrs Worked: | 38.13 | Average Hours: | 40 | |
| Pay Period End: | 02/01/2025 | Total Hours YTD: | 261.8 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,333.99 | 145.46 | 126.67 | 0.00 | 1,061.86 |
| YTD | 10,294.13 | 872.76 | 1,171.53 | 0.00 | 8,249.84 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Time | 01/26/2025 - 02/01/2025 | 0.53 | 26.25 | 13.92 | 69.85 |
| LIFE | 01/26/2025 - 02/01/2025 | 0 | 0 | 0.08 | 0.48 |
| Overtime | 01/26/2025 - 02/01/2025 | 7.77 | 40.12 | 311.74 | 2,014.48 |
| Regular | 01/26/2025 - 02/01/2025 | 29.83 | 26.25 | 783.04 | 4,076.89 |
| Shift Rate ($2.00) | 01/26/2025 - 02/01/2025 | 28.45 | 2 | 56.90 | 319.88 |
| Sick | 01/26/2025 - 02/01/2025 | 6.07 | 27.74 | 168.39 | 1,588.21 |
| CA DC Walk Prem | | | | | 21.62 |
| Holiday | | | | | 603.76 |
| WOKDblTm | | | | | 265.16 |
| WrkOutKey | | | | | 1,334.28 |
| Earnings | | | | 1,334.07 | 10,294.61 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 73.69 | 584.15 |
| Medicare | 17.24 | 136.62 |
| Federal Withholding | 0.00 | 94.25 |
| State Tax - CA | 21.48 | 243.45 |
| CA SDI - CASDI | 14.26 | 113.06 |
| Employee Taxes | 126.67 | 1,171.53 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 79.50 |
| Medical | 129.81 | 778.86 |
| Eyewear | 2.40 | 14.40 |
| Total | 145.46 | 872.76 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 1,188.61 | 9,421.85 |
| Medicare | 1,188.61 | 9,421.85 |
| Federal Withholding | 1,188.61 | 9,421.85 |
| State Tax - CA | 1,188.61 | 9,421.85 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 1.28 | 6.07 | 18.19 |
| Vacation | 2.38 | 0.00 | 14.25 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 080576651 | 1,061.86 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0075356713 | Check Date: | 02/13/2025 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 02/02/2025 | Curr Tot Hrs Worked: | 43.31 | Average Hours: | 40 | |
| Pay Period End: | 02/08/2025 | Total Hours YTD: | 305.11 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,348.49 | 145.46 | 128.60 | 0.00 | 1,074.43 |
| YTD | 11,642.62 | 1,018.22 | 1,300.13 | 0.00 | 9,324.27 |

| Earnings | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 02/02/2025 - 02/08/2025 | 0.53 | 26.25 | 13.92 | 83.77 | OASDI | 74.60 | 658.75 |
| LIFE | 02/02/2025 - 02/08/2025 | 0 | 0 | 0.08 | 0.56 | Medicare | 17.44 | 154.06 |
| Overtime | 02/02/2025 - 02/08/2025 | 10.38 | 40.15 | 416.77 | 2,431.25 | Federal Withholding | 0.00 | 94.25 |
| Regular | 02/02/2025 - 02/08/2025 | 32.4 | 26.25 | 850.50 | 4,927.39 | State Tax - CA | 22.12 | 265.57 |
| Shift Rate ($2.00) | 02/02/2025 - 02/08/2025 | 33.65 | 2 | 67.30 | 387.18 | CA SDI - CASDI | 14.44 | 127.50 |
| CA DC Walk Prem | | | | | 21.62 | | | |
| Holiday | | | | | 603.76 | | | |
| Sick | | | | | 1,588.21 | | | |
| WOKDblTm | | | | | 265.16 | | | |
| WrkOutKey | | | | | 1,334.28 | | | |
| | | | | | | Employee Taxes | 128.60 | 1,300.13 |
| Earnings | | | | 1,348.57 | 11,643.18 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| DENTAL | 13.25 | 92.75 | | | |
| Medical | 129.81 | 908.67 | | | |
| Eyewear | 2.40 | 16.80 | | | |
| Total | 145.46 | 1,018.22 | Total | 0.00 | 0.00 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| | | | Description | Amount | YTD |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | OASDI | 1,203.11 | 10,624.96 |
| | | | Medicare | 1,203.11 | 10,624.96 |
| Allowances | 0 | 0 | Federal Withholding | 1,203.11 | 10,624.96 |
| Additional Withholding | 0 | 0 | State Tax - CA | 1,203.11 | 10,624.96 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 1.45 | 0.00 | 19.64 |
| Vacation | 2.34 | 0.00 | 16.59 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount | |
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 080844950 | 1,074.43 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0075356713 | Check Date: | 02/20/2025 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 02/09/2025 | Curr Tot Hrs Worked: | 46.02 | Average Hours: | 40 | |
| Pay Period End: | 02/15/2025 | Total Hours YTD: | 358.95 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,611.41 | 145.46 | 163.43 | 0.00 | 1,302.52 |
| YTD | 13,254.03 | 1,163.68 | 1,463.56 | 0.00 | 10,626.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CA DC Walk Time | 02/09/2025 - 02/15/2025 | 0.67 | 26.25 | 17.59 | 101.36 |
| LIFE | 02/09/2025 - 02/15/2025 | 0 | 0 | 0.08 | 0.64 |
| Overtime | 02/09/2025 - 02/15/2025 | 10.33 | 39.96 | 412.80 | 2,844.05 |
| Regular | 02/09/2025 - 02/15/2025 | 35.02 | 26.25 | 919.28 | 5,846.67 |
| Shift Rate ($2.00) | 02/09/2025 - 02/15/2025 | 26.68 | 2 | 53.36 | 440.54 |
| Sick | 02/09/2025 - 02/15/2025 | 2.67 | 27.41 | 73.19 | 1,661.40 |
| Vacation | 02/09/2025 - 02/15/2025 | 5.15 | 26.25 | 135.19 | 135.19 |
| CA DC Walk Prem | | | | | 21.62 |
| Holiday | | | | | 603.76 |
| WOKDblTm | | | | | 265.16 |
| WrkOutKey | | | | | 1,334.28 |
| Earnings | | | | 1,611.49 | 13,254.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 90.89 | 749.64 |
| Medicare | 21.26 | 175.32 |
| Federal Withholding | 0.00 | 94.25 |
| State Tax - CA | 33.69 | 299.26 |
| CA SDI - CASDI | 17.59 | 145.09 |
| Employee Taxes | 163.43 | 1,463.56 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 106.00 |
| Medical | 129.81 | 1,038.48 |
| Eyewear | 2.40 | 19.20 |
| Total | 145.46 | 1,163.68 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 1,466.03 | 12,090.99 |
| Medicare | 1,466.03 | 12,090.99 |
| Federal Withholding | 1,466.03 | 12,090.99 |
| State Tax - CA | 1,466.03 | 12,090.99 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 1.54 | 2.67 | 18.51 |
| Vacation | 2.90 | 5.15 | 14.34 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 081063311 | 1,302.52 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Stephen Noble | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0075356713 | Check Date: | 02/27/2025 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 02/16/2025 | Curr Tot Hrs Worked: | 34.5 | Average Hours: | 40 | |
| Pay Period End: | 02/22/2025 | Total Hours YTD: | 393.45 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,123.00 | 145.46 | 101.12 | 0.00 | 876.42 |
| YTD | 14,377.03 | 1,309.14 | 1,564.68 | 0.00 | 11,503.21 |

| Earnings | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CA DC Walk Time | 02/16/2025 - 02/22/2025 | 0.4 | 26.25 | 10.50 | 111.86 | OASDI | 60.61 | 810.25 |
| LIFE | 02/16/2025 - 02/22/2025 | 0 | 0 | 0.08 | 0.72 | Medicare | 14.17 | 189.49 |
| Overtime | 02/16/2025 - 02/22/2025 | 10.5 | 40.38 | 424.00 | 3,268.05 | Federal Withholding | 0.00 | 94.25 |
| Regular | 02/16/2025 - 02/22/2025 | 23.6 | 26.25 | 619.50 | 6,466.17 | State Tax - CA | 14.61 | 313.87 |
| Shift Rate ($2.00) | 02/16/2025 - 02/22/2025 | 34.5 | 2 | 69.00 | 509.54 | CA SDI - CASDI | 11.73 | 156.82 |
| CA DC Walk Prem | | | | | 21.62 | | | |
| Holiday | | | | | 603.76 | | | |
| Sick | | | | | 1,661.40 | | | |
| Vacation | | | | | 135.19 | | | |
| WOKDblTm | | | | | 265.16 | | | |
| WrkOutKey | | | | | 1,334.28 | | | |
| | | | | | | Employee Taxes | 101.12 | 1,564.68 |
| Earnings | | | | 1,123.08 | 14,377.75 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| DENTAL | 13.25 | 119.25 | | | |
| Medical | 129.81 | 1,168.29 | | | |
| Eyewear | 2.40 | 21.60 | | | |
| Total | 145.46 | 1,309.14 | Total | 0.00 | 0.00 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| | | | Description | Amount | YTD |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | OASDI | 977.62 | 13,068.61 |
| | | | Medicare | 977.62 | 13,068.61 |
| Allowances | 0 | 0 | Federal Withholding | 977.62 | 13,068.61 |
| Additional Withholding | 0 | 0 | State Tax - CA | 977.62 | 13,068.61 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 1.15 | 0.00 | 19.66 |
| Vacation | 1.86 | 0.00 | 16.20 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| Wells Fargo | Wells Fargo ******5737 | ******5737 | 081355830 | 876.42  USD |