Certificate Number: 14912-CAC-DE-039664660

Bankruptcy Case Number: 25-11258



14912-CAC-DE-039664660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2025</u>, at <u>12:42</u> o'clock <u>PM EDT</u>, <u>Stephen Noble</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>May 15, 2025</u>        By:  <u>/s/Jai Bhatt</u>

                                Name:  <u>Jai Bhatt</u>

                                Title:  <u>Counselor</u>